JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE VALIENTE, <br><br> Plaintiff, <br><br> v. <br><br> CAPPO MANAGEMENT XXIII, Inc., <br><br> Defendant. | CV 24-8422 PA (PDx) <br><br> JUDGMENT |

Pursuant to the Court's January 23, 2025 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 23, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE