# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE A. VALIENTE,<br><br>Plaintiff,<br><br>vs.<br><br>CAPPO MANAGEMENT XXIII, INC. d/b/a OCEAN HONDA OF WHITTIER and DOES 1-10, inclusive, and each of them,<br><br>Defendants. | CASE NO.<br><br>2:24-cv-08422-SK<br><br>**ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 3rd day of March, 2025

_____
Percy Anderson
United States District Judge